# United States Bankruptcy Court
## Middle District of Florida

In re  **Waldron Produce Farms Inc.**  
                      Debtor(s)

Case No.  
Chapter  **12**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Waldron Produce Farms Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 25, 2019**  
Date

**/s/ Richard A. Perry**  
**Richard A. Perry 394520**  
Signature of Attorney or Litigant  
Counsel for  **Waldron Produce Farms Inc.**  
**Richard A. Perry, P.A.**  
**820 E. Fort King Street**  
**Ocala, FL 34471**  
**352-732-2299**  
**richard@rapocala.com**