UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Waldron Produce Farms, Inc,

      Debtor.

Case 3:19-bk-04091-JAF
Chapter 12

## MOTION FOR JOINT ADMINISTRATION

Debtor, Waldron Produce Farms, Inc ("Waldron Produce"), moves for joint administration of this case with another pending chapter 12 case.

1.  Debtor filed a voluntary petition under chapter 12 on October 25, 2019. A related case was also filed under chapter 12 on October 25, 2019. The related case is Waldron Farms, LLC ("Waldron Farms") pending as Case 3:19-bk-04092-JAF.

2.  Debtor proposes that the two related cases be jointly administered for procedural purposes pursuant to Fed. R. Bankr. P. 1015(b).

3.  Both of the related Debtors are jointly owned by three family members with each holding 20% or more of the voting securities of each debtor. Therefore, the two referenced cases are related and the Debtors are  "affiliates" within the meaning of 11 U.S.C. §101(2).

4. Rule 1015(b) provides that "If ......two or more petitions are pending in the same court by......a debtor and an affiliate, the court may order a joint administration of the estates."

5. Waldron Produce and Waldron Farms  have historically been jointly managed and administered. They are co-obligors on their largest debts and share common operating and management expenses.

6. Debtor asserts that unnecessary and expensive duplication can be avoided by

jointly administering the two related cases.

7. Waldron Produce should be the lead case as it was filed first pursuant to

Local Rule 1015-19 ( c )(1).

**WHEREFORE**, Debtor moves for entry of an order directing joint administration
for the above referenced Debtors.

## CERTIFICATE OF SERVICE

Date: November 26, 2019

I CERTIFY that on the date of service, set forth above, a copy of this document
has been served by U.S. Mail or by  by electronic notice using CM/ECF on all those
listed on the attached matrix.

RICHARD A. PERRY P.A.
Law Practice

/s/ Richard A. Perry
RICHARD A. PERRY
Florida Bar No. 394520
820 East Fort King Street
Ocala, Florida 34471-2320
(352) 732-2299
richard@rapocala.com

Attorney for Debtor

Label Matrix for local noticing
113A-3
Case 3:19-bk-04091-JAF
Middle District of Florida
Jacksonville
Tue Nov 26 15:57:11 EST 2019

Bryson Farms, LLC
c/o Jeffrey N. Schatzman, Esq.
9990 S.W. 77th Ave.
Penthouse 2
Miami, FL 33156-2661

Farm Credit of Florida, ACA
c/o Robert B. George, Esq.
The Liles Firm, P.A.
301 West Bay Street, Suite 1030
Jacksonville, FL 32202-5103

PNC Bank, National Association
c/o Jacob A. Brown, Esq.
50 N. Laura St.
Suite 3100
Jacksonville, FL 32202-3659

Waldron Produce Farms Inc.
PO Box 248
Citra, FL 32113-0248

BLUE VINE
401 WARREN STREET
Redwood City, CA 94063-1578

BRYSON FARMS
PO BOX 2831
Labelle, FL 33975-2831

CHEDDAR CAPITAL
PO BOX 770631
Memphis, TN 38177-0631

DRUMMOND COMMUNITY BANK
1627 N YOUNG BLVD
Chiefland, FL 32626-1712

FINANCIAL PACIFIC LEASING
3455 S. 344TH WAY # 300
Auburn, WA 98001-9546

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

GUY MADDOX
PO BOX 1812
Bushnell, FL 33513-0105

HOYT E WALDRON JR
22011 NE 80TH STREET
Citra, FL 32113-3791

HOYT E WALDRON SR
17750 N US HWY 301
Citra, FL 32113-2456

HOYT WALDRON SR
PO BOX 248
Citra, FL 32113-0248

IRS -
P.O. BOX 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346

KIMBERLY LOPEZ
ACKERMAN LLP
420SOUTH ORANGE AVE
SUITE 1200
Orlando, FL 32801-4904

LOVETT IRRIGATION
17902 US 441
Reddick, FL 32686-2726

Marion County Tax Collector
P.O. Box 970
Ocala FL 34478-0970

NEW LOGIC BUSINESS LOAN
300 LEDGEWOOD PL
Rockland, MA 02370-1098

NUTRIEN AG SOLUTION
PO BOX 906
Hastings, FL 32145-0906

PNC BANK
ASSET RESOLUTION TEAM
201 E PINE ST STE 200
Orlando, FL 32801-2715

PNC BANK
P.O. BOX 489909
Charlotte, NC 28269-5329

READY ROAST
PO BOX 390
Portales, NM 88130-0390

RUSSO PACKAGING -
2525 ALLUVIAL AVENUE
Clovis, CA 93611-9107

TCM BANK
2701 N ROCKY POINT DR
STE 700
Tampa, FL 33607-5936

TINA WALDRON
PO BOX 1078
Citra, FL 32113-1078

United States Attorney
300 North Hogan St Suite 700
Jacksonville, FL 32202-4204

Richard A. Perry +
Richard A Perry, Attorney at Law
820 East Fort King Street
Ocala, FL 34471-2320

Jacob A. Brown +
Akerman LLP
50 North Laura Street
Suite 3100
Jacksonville, FL 32202-3659

Jeffrey N Schatzman +
Schatzman & Schatzman PA
9990 Southwest 77th Avenue
Penthouse 2
Miami, FL 33156-2661

United States Trustee - JAX 13/7 7 +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

John H Mueller +
Clark, Mueller, Bierley, PLLC
5601 Mariner Street, Suite 230
Watermark 12 Building
Tampa, FL 33609-3451

Robert Bruce George +
Liles Gavin Costantino George & Dearing
225 Water Street, Suite 1500
Jacksonville, FL 32202-5145

Douglas W Neway - Chapter 12 Trustee +
Post Office Box 4308
Jacksonville, FL 32201-4308

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Jerry A. Funk
Jacksonville

(u)Nutrien Ag Solutions, Inc.

(u)Note: Entries with a '+' at the end of the
name have an email address on file in CMECF
--------------------------------------------
Note: Entries with a '-' at the end of the
name have filed a claim in this case

End of Label Matrix
Mailable recipients    35
Bypassed recipients     3
Total                  38